[No. 45517-6-I. Division One. September 5, 2000.]

ROBERT H. WALDEN, *Appellant*, v. STEVEN D. KIDRICK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-13010-5, Linda Lau, J., entered October 8, 1999. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Coleman and Ellington, JJ.

[No. 44269-4-I. Division One. September 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEE MEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00930-1, Ronald L. Castleberry, J., entered September 23, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker, A.C.J., and Appelwick, J.

[No. 45028-0-I. Division One. September 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY UVARIUS TOWNSEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-10112-8, Jeffrey Michael Ramsdell, J., entered June 16, 1999. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Grosse, J.

[No. 44662-2-I. Division One. September 5, 2000.]

TRENDWEST RESORTS, INC., *Appellant*, v. BOBBY FORD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-19757-1, Jay V. White, J., entered May 20, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Grosse, J. Now published at 103 Wn. App. 380.